UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Michael T. Spence,

    Plaintiff,

v.

Equifax Information Services LLC,

    Defendants.

Civil Action No.:   12-1575
Chief Judge Gary L. Lancaster

## ORDER ON PLAINTIFF'S MOTION TO AMEND COMPLAINT

IT IS HEREBY ORDERED that Plaintiff, pursuant to Fed. R. Civ. P. 15(a)(2), may file an Amended Complaint within five (5) days of the date of this order.

Dated: 4/11/13

Hon. Gary L. Lancaster
Chief United States District Judge